UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| OHIO VALLEY PHYSICIANS, INC. ) | |
| ) | Judge Karen Caldwell |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | Civil Action No. 7:19-CV-00040-KKC |
| ) | |
| BIG SANDY HEALTH CARE, INC. ) | |
| ) | |
| DEFENDANT ) | |

\* \* \* \* \*

## AGREED ORDER OF DISMISSAL

Upon agreement of Plaintiff, Ohio Valley Physicians, Inc., and Big Sandy Health Care, Inc., as evidenced by the signature of respective counsel below, this matter is DISMISSED with prejudice, with each party to bear its own costs and attorney's fees.

**HAVE SEEN AND AGREED:**

/s/ Stephen S. Burchett
Stephen S. Burchett
Christopher F. Hoskins
Jackson Kelly PLLC
175 East Main Street, Suite 500
Lexington, Kentucky 40507
*Counsel for Ohio Valley Physicians, Inc.*

/s/ Justin L. Knappick
James Herald, III
General Counsel, Big Sandy Health Care
1709, KY Route 321, Suite 3
Prestonsburg, Kentucky 41653

and

Christopher B. Markus
Justin L. Knappick
Dressman Benzinger LaVelle psc
207 Thomas More Parkway
Crestview Hills, Kentucky 41017

*Counsel for Big Sandy Health Care, Inc. and Ancil W. Lewis*

SO ORDERED.

827311